# **<u>Exhibit A</u>**



# AMERICAN COLLEGE OF Medical Quality

www.acmq.org/2022-annual-conference
acmq@affinity-strategies.com

## Spend a great weekend in Chicago and earn up to 18 CMEs

# CARE AFTER COVID

*Early Bird Pricing Ending August 15th*

### ACMQ 2022 Annual Conference: Care After Covid
### September 30–October 2, 2022
### Fairmont Chicago Millennium Park Hotel

We would love to have you join us for the ACMQ 2022 Annual Conference: Care After COVID being held in-person at the Fairmont Chicago Millennium Park Hotel September 30-October 2.

We have 25 exceptional speakers lined up with topics ranging from advancing health equity to home healthcare improvements, to expanding telehealth access and evidence based empathy training, along with many more!
**In addition to the experience and knowledge you'll gain, CMEs are available for all topics.**

---

### Check out our website for all conference information including registration details and our program including speakers and topics.

### www.acmq.org/2022-annual-conference

**To Opt out of future faxes please call 773.887.6030**